UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM LEE, et al.,<br><br>    Defendants. | Case No. 3:22-cv-00208<br><br>Judge Eli J. Richardson<br>Magistrate Judge Alistair E. Newbern |

## ORDER

On June 2, 2022, Defendants William Lee and David Rausch filed a motion to dismiss Counts II–IX of Plaintiff John Doe's complaint under Federal Rule of Civil Procedure 12(b)(6). (Doc. No. 16.) Under Local Rule 7.01(a)(3), any response in opposition must be filed within fourteen days of service of the motion. M.D. Tenn. R. 7.01(a)(3) (response). An optional reply may be filed within seven days of service of a response. M.D. Tenn. R. 7.01(a)(4) (reply).

Any filings made related to the motion to dismiss, including motions for extensions of time or to exceed page limits, shall be decided by Judge Richardson unless referred to the undersigned Magistrate Judge.

It is so ORDERED.

*[signature]*
ALISTAIR E. NEWBERN
United States Magistrate Judge