UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM LEE, et al.,<br><br>    Defendants. | Case No. 3:22-cv-00208<br><br>Judge Eli J. Richardson<br>Magistrate Judge Alistair E. Newbern |

## ORDER

On June 13, 2022, the Court directed the parties to file a joint status report regarding their case resolution efforts within 14 days after the conclusion of fact discovery. (Doc. No. 20.) Fact discovery concluded on November 17, 2022, and no status report has been filed. The parties are ORDERED to file a joint status report by December 9, 2022.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge