UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM LEE, et al.,<br><br>    Defendants. | Case No. 3:22-cv-00208<br><br>Judge Eli J. Richardson<br>Magistrate Judge Alistair E. Newbern |

## ORDER

This matter came before the Court on Plaintiff John Doe's motion for permission to proceed under pseudonym and for a protective order. (Doc. No. 3.) Defendants William Lee and David Rausch have not opposed the motion. Because the motion is unopposed, it is GRANTED. *See, e.g.*, Order Authorizing Plaintiffs To Proceed Under Pseudonyms And Granting Protective Order, *Does #1–#8 v. Lee, et al.*, Case Nos. 3:21-cv-590, 3:21-cv-593, 3:21-cv-594, 3:21-cv-595, 3:21-cv-596, 3:21-cv-597, 3:21-cv-598, 3:21-cv-624 (M.D. Tenn. Aug. 24, 2021), Doc. No. 32.

The Court will enter the protective order proposed by Doe by separate order.

It is so ORDERED.

*(signature)*
ALISTAIR E. NEWBERN
United States Magistrate Judge