IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| JOHN DOE, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | NO. 3:22-cv-00208 |
| | ) | JUDGE RICHARDSON |
| v. | ) ) | |
| WILLIAM LEE, et al., | ) ) | |
| Defendants. | ) ) ) | |

## ORDER

The parties' deadline for filing a joint status report regarding case resolution efforts is April 14, 2023 (*See* Doc. Nos. 30, 31). In the joint status report, the parties shall address what, if any, impact the Sixth Circuit's future ruling in *Does #1-9 v. Lee*, Case No. 23-5248 (6th Cir.) may have on the litigation and analysis in this case, including any intent of the parties to request the Court to stay proceedings in this case pending the Sixth Circuit Court of Appeals' decision.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE